**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

APPLE ALTURA LEVY, et al.,

Plaintiffs,

v.

MARCO A. RUBIO,

Defendant.

CV 25-3598 PA (PDx)

JUDGMENT

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on October 28, 2026,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Marco A. Rubio ("Defendant") shall have Judgment in his favor and against Plaintiffs Apple Altura Levy and Paskinell Tijares Altura ("Plaintiffs") on their claim for a judicial declaration they are United States citizens by birth in the United States pursuant to 8 U.S.C. § 1503; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs shall take nothing and that Defendant shall have his costs of suit.

DATED: October 28, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE